# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUN 02 2016
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Albany

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USPS Priority Mail package<br>#9505514104876146314956 | )<br>)<br>)   Case No. 16-M-264 (CFH)<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
USPS Priority Mail package #9505514104876146314956, as more fully described in the affidavit, currently held at USPIS Troy, NY.

located in the _____Northern_____ District of _____New York_____, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled substances in violation of 21 U.S.C §§ 841(a)(1) and 846; items of personal property that tend to identify the person(s) in possession, control or ownership of the package and its contents; and proceeds and records relating to possession and/or sale of controlled substances in violation of 21 U.S.C § 841 (a)(1).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C Section 841(a)(1) | distribution of and possession with intent to distribute a controlled substance; |
| 21 U.S.C Section 846 | conspiracy to distribute a controlled substance |

The application is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Jamie E. Levin, United States Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/02/2016

_____
Judge's signature

City and state: Albany, New York

Hon. Christian F. Hummel, U.S. Magistrate Judge
Printed name and title

## IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT

### AFFIDAVIT OF UNITED STATES POSTAL INSPECTOR
### JAMIE E. LEVIN

City of Albany        )
County of Albany      ) ss.:
State of New York     )

United States Postal Inspector Jamie E. Levin, being duly sworn, deposes and says:

1. I have been a United States Postal Inspector since February 2016 and I am currently assigned to the Boston Division. Prior to becoming a Postal Inspector, I was an Investigative Assistant with the Drug Enforcement Administration in Buffalo, NY. I have obtained a Master's Degree in Criminal Justice Administration from Niagara University and a Bachelor of Science Degree in Criminal Justice from Niagara University. I graduated from the United States Postal Inspection Service (USPIS) Federal Law Enforcement Training Academy in May 2016 and have received training in investigating the use of the U.S. Mail to transport controlled substances. Based upon my training in law enforcement and the training and experience of Inspectors more senior than me, I am familiar with the methods and techniques used by traffickers of illicit substances and pharmaceuticals to transport controlled substances via the U.S. Mail and avoid detection by the United States Postal Service ("USPS").

2. The information contained in this affidavit is based on my knowledge and on observations made by me during the course of this investigation, on information conveyed to me by other law enforcement officers, and on my examination and review of physical evidence obtained during the investigation. I have consulted with several other Inspectors and law enforcement officers, who have extensive

knowledge and experience with regard to the trafficking of controlled substances and the laundering of currency obtained from the sale of controlled substances.

3. Because this affidavit is being submitted for the limited purposes of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe establish a violation of federal law, and that evidence of that crime is presently at the location to be searched.

4. I make this affidavit in support of a search warrant for the following described items:
    a. A United States Priority Mail package numbered 9505514104876146314956, and addressed to "Robert Hahne, PO Box 1272, Saranac Lake, NY 12983," with a return address of "Wildflower Body Care Co., 301 Hatchery Rd, Blue Lake, CA 95525." The package had postage in the amount of $85.40 paid to mail the package, which weighs approximately 16lbs 14oz. The package was accepted for mailing in Eureka, CA on May 25, 2016. The approximate dimensions are 18" x 18" x 18." The addressee and returnee labels are a combination of handwriting and typed addressee information on what appears to be white printer paper, cut out and then taped onto the package. The package is currently located at my office in Troy, NY. Hereinafter this package will be referred to as the "Suspect Package."

5. Using resources such as Google Maps, USPS Records and CLEAR, a subscription-based records database used by law enforcement, I learned the following:

6. With regard to the return address:
    a. The return address is for a business that does not exist. In addition, the physical return address is a vacant lot that is currently for sale. As of May

2

31, 2016, per Zillow (a real estate sales/ listing website), the land is listed for sale for $290,000.

b. The Suspect Package has a return address in Blue Lake, CA. According to the mailing, the Suspect Package was sent at the Post Office in Eureka, CA which is approximately 20 minutes from the purported return address.

7. With regard to the destination address:
   a. It is a PO Box in Saranac Lake, NY and it appears that Robert Hahne does receive mail there.

8. Through my training and experience, and that of my co-workers, I am aware that individuals who transport controlled substances often use the United States Mail. Other Inspectors in my office have been involved in numerous investigations related to the transportation of controlled substances, including but not limited to, marijuana, cocaine, heroin, prescription medication and synthetic substances, all shipped via the United States Mail.

9. I am also aware that packages later discovered to contain controlled substances often use fictitious information as it relates to the sender's or recipient's name, while using a legitimate address. This provides individuals associated with the package the ability to disguise their relation to the package but still permit the package to be delivered to a valid address.

10. I am aware that the postage on the Suspect Package was purchased at a Postal Service retail window. However, through my training and experience and that of Inspectors more senior than me, I am aware that businesses usually use a postage meter or print their postage electronically as opposed to physically visiting the Post Office. Further, the combination of hand written/ typed address information is inconsistent with what I have previously observed on legitimate business mailings.

3

11. Based on the aforementioned facts, Inspector Jeffrey Korman requested that New York State Trooper John Knoetgen and his canine partner "Ash" assist with an examination of the package. Canine "Ash" and Trooper Knoetgen are certified by the New York State Police. Canine "Ash" is certified to detect the presence of cocaine, heroin, methamphetamine, LSD, ecstasy and marijuana. I was informed that canine "Ash" has been previously reliable in the detection of controlled substances and has had numerous seizures. "Ash" is currently certified by the New York State Police, having last been certified in April 2016.

12. On May 26, 2016, Trooper Knoetgen and canine "Ash" met Inspector Korman at the Albany, NY Postal Plant. At that time, Inspector Korman hid the Suspect Package underneath a desk and behind a chair in the absence of Trooper Knoetgen and canine "Ash". This desk was among other similar desks. No other controlled substances were located in the area. Canine "Ash" is trained to alert by scratching, biting and barking. Once Trooper Knoetgen and canine "Ash" were brought into the room, canine "Ash" began sniffing throughout the room before focusing his attention on the desk that contained the Suspect Package. Canine "Ash" then located the Suspect Package and attempted to bite and scratch the Suspect Package before being pulled away by Trooper Knoetgen. Trooper Knoetgen informed Inspector Korman that the behavior canine "Ash" was exhibiting was consistent with the manner in which he is trained to alert for the presence of controlled substances.

13. From previous investigations involving other Inspectors, I am aware of instances where canine "Ash" has alerted to the odor of controlled substances on a package and that package was later discovered to not contain a detectable amount of any controlled substances or a small amount of residue. Trooper Knoetgen explained that this is because canines are trained only to alert on an odor of controlled substances, and not in relation to any specific quantity.

4

14. Based upon the above, I believe that the Suspect Package contains controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and I request that a search warrant for the subject package be issued.

15. Because of the nature of the investigation, which relates to an ongoing criminal investigation, it is additionally being requested that the Court provide a Sealing Order preventing the disclosure of the contents of this search warrant and search warrant affidavit except to law enforcement agencies that are assisting in this investigation.

Jamie E. Levin
United States Postal Inspector

Subscribed to and sworn to
This 2nd day of June 2016

HONORABLE CHRISTIAN F. HUMMEL
United States Magistrate Judge